COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN RE: | § | No. 08-18-00217-CV |
| SEBRA GONZALEZ, | § | AN ORIGINAL PROCEEDING |
| RELATOR. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

## MEMORANDUM OPINION

Relator, Sebra Gonzalez, filed a mandamus petition against the Honorable Guadalupe Rivera, Presiding Judge of the 383rd District Court of El Paso County, Texas. Relator asks that we order Respondent to set aside an order setting the underlying case for a bench trial and set the case for jury trial. The petition for writ of mandamus is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding); *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135-36 (Tex. 2004)(orig. proceeding). The burden is on relator to show it is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)(orig. proceeding). After reviewing the mandamus petition, we conclude that Relator failed to establish she is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is

denied.

December 14, 2018

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.